UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHELLE ROBERTS**,                                    Case No. 1:10 CV 2783

             Plaintiff,                             Magistrate Judge James R. Knepp, II

    v.                                                    ORDER

**COMMISSIONER OF SOCIAL SECURITY,**

             Defendant.

     This case was initially referred to the undersigned pursuant to Local Rule 72.2. (Non-document entry dated December 9, 2010). On January 25, 2012, the undersigned issued a Report and Recommendation recommending the Commissioner's denial of benefits be affirmed. (Doc. 11). Thereafter, while the period for objections to the Report and Recommendation was still open, the parties submitted a Proposed Consent to the Exercise of Jurisdiction by a United States Magistrate Judge. (Doc. 12). The case was then transferred to the undersigned for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Civil Rule 73. No objections to the Report and Recommendation were ever filed.

     For the reasons stated in the Report and Recommendation, the Commissioner's decision is hereby affirmed.

     IT IS SO ORDERED.

                                          _____    s/James R. Knepp, II_____
                                        United States Magistrate Judge